Pamela M. Overton, SBN 009062 (overtonp@gtlaw.com)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
602.445.8000 (Telephone)

John Voorhees, voorheesj@gtlaw.com
  Colorado Bar No. 21730, (admitted *pro hac vice*)
Christopher J. Neumann, neumannc@gtlaw.com
  Colorado Bar No. 29831, (admitted *pro hac vice*)
Gregory R. Tan, tangr@gtlaw.com
  Colorado Bar No. 38770, (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

Daniel J. Schnee, DanielSchnee@kindermorgan.com
  Colorado Bar No. 38446, (admitted pro hac vice)
EL PASO NATURAL GAS COMPANY, L.L.C.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
719.667.7621 (Facsimile)

*Attorneys for El Paso Natural Gas Company, L.L.C.*

John C. Cruden
Assistant Attorney General
Michael C. Augustini (DC Bar No. 452526)
michael.augustini@usdoj.gov
Michael C. Martinez (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Patricia L. Hurst (DC Bar No. 438882)
patricia.hurst@usdoj.gov
David Rosskam (DC Bar 359846)
david.rosskam@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
202.616.6519 (Telephone)
202.514.8865 (Facsimile)

*Attorneys for the United States of America*

1

DEN 98938517

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| El Paso Natural Gas Company, L.L.C., | |
| Plaintiff and Counterclaim-Defendant, | No. 3:14-cv-08165-DGC |
| v. | **JOINT REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE** |
| United States of America, et al., | |
| Defendants and Counter-Claimants. | |

Pursuant to the Court's Management Order No. 1, dated April 17, 2015, the Parties -- El Paso Natural Gas Company, LLC ("El Paso") and the United States of America, including the Environmental Protection Agency ("EPA"), Department of Energy ("DOE"), Department of Interior ("DOI"), Bureau of Indian Affairs ("BIA"), United States Geological Survey ("USGS"), and Nuclear Regulatory Commission ("NRC") (collectively "United States") -- have conferred through counsel and respectfully submit the following Joint Report and Proposed Case Management Schedule. For reference and additional background on the issues presented in this case, the Parties incorporate their Joint Case Management Report, dated April 7, 2015.

I. **DOCUMENT DISCOVERY STATUS AND OTHER DEVELOPMENTS**.

A. **Document Collection and Production**

The Parties each served document requests in accordance with the deadlines set forth in Management Order No. 1 and responded to those requests in accordance with the timeframe specified by Rule 34. The Parties also reached agreements on search terms, as

2

*DEN 98938517*

well as revisions based on their experience with or issues that arose with the implementation of those search terms, and have been diligently collecting and producing documents on a rolling basis. The Parties have worked cooperatively to resolve the discovery issues that have arisen to date.

<u>El Paso</u>: El Paso so far has produced 1,604 documents consisting of 51,677 pages and will send another document production next week consisting of 12,156 documents and 24,597 pages. El Paso implemented the ESI search protocol agreed to by the United States which generated approximately 155,000 email hits and over 25,000 non-email document hits. After processing and deduplication of the email, the total number of emails returned from the ESI search terms was approximately 27,000. El Paso is currently reviewing the emails and will start producing them on a rolling basis in the coming weeks. El Paso has reviewed a majority of its non-email ESI and will produce documents from this collection next week, as mentioned above. El Paso will continue to review the non-email ESI collection and will produce these documents on a rolling basis in the coming weeks. El Paso also identified approximately 202 boxes containing potentially responsive hardcopy documents. El Paso has reviewed a vast majority of the documents in these boxes and will start producing them on a rolling basis in the coming weeks.

<u>United States</u>: The United States has provided almost all of EPA's "Toeroek" database of historic information (over 38,000 documents) to El Paso, and a total of more than 575,000 pages of material from EPA. As a condition of the Parties' partial settlement, <u>see</u> <u>infra</u> Section I.B. for further discussion, El Paso has agreed to narrow the document discovery it seeks from EPA, and will not seek additional written or deposition discovery of EPA as discovery on its claim against the United States moves forward. EPA has continued to respond to those document requests that remain in play. As of October 23, 2015, EPA had collected approximately 25,000 documents from 42 of its 43 identified custodians, and the Department of Justice ("DOJ") and EPA had reviewed for production 24,556 of those documents. A total of 868 of those EPA documents were

3

*DEN 98938517*

responsive and not privileged, and have been produced to El Paso. DOJ and EPA hope to complete the collection, review, and production of EPA documents responsive to the remaining El Paso document requests shortly, and will inform El Paso and the Court of any impediments or significant difficulties to meeting that goal.

In addition to EPA's discovery efforts, the United States has collected, reviewed, and produced more than 118,000 pages of material to El Paso on behalf of the federal agencies sued by El Paso (collectively, "Federal Agency Defendants"). DOJ has approximately 700 documents from the Bureau of Land Management that also are being reviewed for production. The United States' collection and production from the relevant federal agencies and their components otherwise are largely complete, with one exception. More time is needed to complete the collection, review, and production of documents from the Department of Interior's American Indian Records Repository ("AIRR") in Lenexa, Kansas. The United States already has produced several thousand pages of material from the AIRR and is in the process of producing thousands of additional pages this week, which will include material DOJ recently received from the AIRR. DOI is continuing to provide material to DOJ from the AIRR on a rolling basis, typically on a weekly basis, and that material is then reviewed by DOJ and DOI for privilege. Although it is difficult for DOI to provide a date certain by which the work at the AIRR can be completed, given the unique logistical issues associated with review at the AIRR and varying levels of responsiveness encountered in the boxes reviewed to date, DOI's current estimate is that it will take at least several months. DOJ and DOI will continue to produce documents from the AIRR on a rolling basis and hope to complete the review and production of the AIRR documents responsive to the remaining El Paso document requests shortly after receiving the final installment from the AIRR. The United States will inform El Paso and the Court of any impediments or significant difficulties in achieving a timely production, consistent with the fact discovery deadline that the Parties are proposing.

DEN 98938517

### B. Tentative Settlement Between EPA and EPNG

El Paso and EPA have reached an agreement in principle to resolve the EPA counterclaim against El Paso. El Paso has signed a partial consent decree which, after review and approval by DOJ and EPA management, the United States intends to lodge with the Court for a 30-day period of public comment. See 28 C.F.R. § 50.7. After the close of the comment period, if the United States continues to believe that the partial decree is in the public interest, it will move to enter the partial decree. The Court's entry of the partial consent decree would terminate EPA's role as a party. However, the partial consent decree does not resolve any of the other CERCLA claims pending in this action between El Paso and the United States. The Parties intend to fully explore the possibility for settling the remaining claims at the appropriate time. Once fact discovery is further along, a focused mediation session may be helpful.

## II. PROPOSED CASE MANAGEMENT DEADLINES

The Parties understand that the Court anticipated that discovery would be intensive and time-limited, and that the Court will seek to resolve this case in less than three years from the filing date, September 3, 2014. In keeping with the Court's comments, and based on the status of the Parties' document discovery, the need for additional fact and expert discovery, and the overall complexity of the CERCLA issues presented in this case, the Parties jointly propose that the Court adopt the following case management schedule for the remainder of the case:

1. Specific Discovery Deadlines.

    a. Deadline for adding parties or amending pleadings: n/a;

    b. Deadline for completion of fact discovery: Friday October 14, 2016;

    c. Full and complete expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(A)-(C):

        i. Deadline for Plaintiff and Counterclaim-Defendant El Paso to designate experts and serve expert reports: Friday June 10, 2016;

    ii. Deadline for Defendant and Counter-Claimant United States to designate experts and serve expert reports: Friday July 15, 2016;

    iii. Deadline for rebuttal expert disclosures: Friday August 12, 2016;

  d. Deadline for completion of all expert depositions: Friday September 30, 2016;

  e. Deadline for the Parties to have engaged in face-to-face good faith settlement talks: Friday September 2, 2016;

  f. Deadline for filing dispositive motions: Friday November 18, 2016

  g. Bench trial: March 2017, or TBD following motions;

2. <u>Other Matters</u>. The Parties believe that their respective summary judgment motions may narrow the scope of issues in dispute, and therefore request that the case management schedule allow sufficient time for the Court to resolve those motions prior to setting a trial date. The Parties are unaware of any legal issues that might be resolved earlier than the filing of motions for summary judgment that might narrow the case or aid in settlement.

  Respectfully submitted this 23rd day of October, 2015.

          */s/ Pamela M. Overton*
          Pamela M. Overton, SBN 009062
          (overtonp@gtlaw.com)
          GREENBERG TRAURIG, LLP
          2375 East Camelback Road, Suite 700
          Phoenix, AZ 85016
          602.445.8000 (Telephone)

          John Voorhees, voorheesj@gtlaw.com
           Colorado Bar No. 21730, (admitted pro hac vice)
          Christopher J. Neumann, neumannc@gtlaw.com
           Colorado Bar No. 29831, (admitted pro hac vice)
          Gregory R. Tan, tangr@gtlaw.com

*DEN 98938517*

Colorado Bar No. 38770, (admitted pro hac vice)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

Daniel J. Schnee,
Daniel_Schnee@kindermorgan.com
 Colorado Bar No. 38446, (admitted pro hac vice)
EL PASO NATURAL GAS COMPANY, L.L.C.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
719.667.7621 (Facsimile

**Attorneys for El Paso Natural Gas Co.**

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

  /s/ Michael C. Augustini
MICHAEL C. AUGUSTINI
MICHAEL C. MARTINEZ
PATRICIA L. HURST
DAVID ROSSKAM
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:    (202) 616-6519
Fax:    (202) 514-8865
michael.augustini@usdoj.gov

**Attorneys for United States of America**

7

*DEN 98938517*

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on October 23, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John C. Cruden
Assistant Attorney General
Environment and Natural Resources Division
Michael C. Augustini
Michael C. Martinez
Patricia L. Hurst
David Rosskam
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
michael.augustini@usdoj.gov
michael.c.martinez@usdoj.gov
patricia.hurst@usdoj.gov
david.rosskam@usdoj.gov

/s/  *Amy L. Hershberger*