Pamela M. Overton, SBN 009062 (overtonp@gtlaw.com)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
602.445.8000 (Telephone)

John Voorhees, voorheesj@gtlaw.com
  Colorado Bar No. 21730, (admitted *pro hac vice*)
Christopher J. Neumann, neumannc@gtlaw.com
  Colorado Bar No. 29831, (admitted *pro hac vice*)
Gregory R. Tan, tangr@gtlaw.com
  Colorado Bar No. 38770, (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

Daniel J. Schnee, DanielSchnee@kindermorgan.com
  Colorado Bar No. 38446, (admitted pro hac vice)
EL PASO NATURAL GAS COMPANY, L.L.C.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
303.984.3307 (Facsimile)

*Attorneys for El Paso Natural Gas Company, L.L.C.*

John C. Cruden
Assistant Attorney General
Michael C. Augustini (DC Bar No. 452526)
michael.augustini@usdoj.gov
Michael C. Martinez (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20004-7611
202.616.6519 (Telephone)
202.514.8865 (Facsimile)

*Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| El Paso Natural Gas Company, L.L.C., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> United States of America, et al., <br><br> Defendants and Counter-Claimants. | No. 3:14-cv-08165-DGC <br><br> **JOINT STATUS REPORT AND REQUEST TO ADJUST CASE MANAGEMENT SCHEDULE** |

Pursuant to the Court's Management Order No. 2, dated November 4, 2015 (ECF No. 62), and the Court's Order setting a status conference for May 12, 2016 (ECF No. 70), the Parties -- El Paso Natural Gas Company, LLC ("El Paso") and the United States of America, including the Department of Energy ("DOE"), Department of Interior ("DOI"), Bureau of Indian Affairs ("BIA"), United States Geological Survey ("USGS"), and Nuclear Regulatory Commission ("NRC") (collectively "United States") -- have conferred through counsel and respectfully submit this Joint Report and Request To Adjust Case Management Schedule.  For reference and additional background, the Parties incorporate their previous Joint Case Management Reports, dated April 7, 2015 (ECF No. 33) and October 23, 2015 (ECF No. 60).

I. **DOCUMENT DISCOVERY STATUS AND OTHER DEVELOPMENTS**.

    A. **EPA Settlement**

On February 16, 2016, the Court approved the Partial Consent Decree embodying the settlement between El Paso and the United States Environmental Protection Agency

("EPA"). See ECF No. 68. The Court's entry of the partial consent decree terminated EPA's role as a party in this case.

### B. NRC Dismissal

Extensive discovery of documents produced by the United States from its numerous historical archives since our last discovery conference with the Court has demonstrated that the Nuclear Regulatory Commission is not a necessary party to this litigation. Accordingly, the Parties have filed a Dismissal Stipulation today.

### C. Document Collection and Production

The Parties have been diligently collecting and producing documents on a rolling basis, and worked cooperatively to resolve all discovery issues that have arisen to date.

On March 17, 2016, the Parties met in Washington, D.C. to discuss the production of documents and to resolve discovery disputes. The Parties are cooperating in regard to document production and are in agreement, given the extensive scope of document production by both sides, that the Parties have engaged in a diligent good faith production of documents in this case.

El Paso: El Paso thus far has produced 23,934 documents consisting of 178,346 pages and will soon send out another document production consisting of approximately 700 documents. Following its initial production, El Paso implemented the ESI search protocol agreed to with the United States and started producing these electronic records on a rolling basis in November 2015. El Paso's ESI document production resulting from the ESI searches is complete. Since its initial production in April 2015, El Paso has produced a total of 21,830 documents consisting of 126,590 pages. These productions include results from electronic searches, substantial ESI review, results of El Paso's on-site reviews at numerous repositories, company archives, and cost documentation.

United States: To date, the United States has collected, reviewed, and produced more than 236,000 pages of material to El Paso on behalf of the federal agencies sued by El Paso

(collectively, "Federal Agency Defendants").[1] The United States' collection and production from the relevant federal agencies and their components is largely complete, with the exception of material from the Department of Interior's American Indian Records Repository ("AIRR") in Lenexa, Kansas. The United States has produced more than 86,000 pages of material from the AIRR to date, and has been reviewing and providing material from the AIRR on a rolling basis. The United States expects to make a sizeable production of AIRR material (approximately 25,000 pages) very soon. Within the past week, DOJ also received approximately an additional 40,000 pages from the AIRR, which will require further review for privilege, confidentiality/personal information, and potential responsiveness before production to El Paso. The United States intends to complete its review and production of the remaining AIRR documents responsive to El Paso's document requests by the end of May 2016. As in the past, the United States will keep El Paso informed of any significant difficulties in achieving a timely production.

## II.     CASE MANAGEMENT DEADLINES

The Court set a case management schedule in November 2015, and the Parties have worked diligently to meet the Court's expectations over the past months. Specifically, the Parties have collected and produced a large volume of material from multiple locations across the country, including extensive historical research in several National Archives locations, in a short period of time. Both parties have been working cooperatively to produce voluminous historical documents from government archives, and to resolve discovery disputes without the necessity of filing motions, or otherwise involving the Court to resolve disputes. Despite working to complete their document productions as quickly as possible, there is a substantial volume of additional material to be processed and exchanged in the coming weeks. Both parties agree that the current schedule allows insufficient time for experts, particularly El Paso's experts, to fully analyze the voluminous discovery record in the case prior to preparing Rule 26 expert reports. El Paso's experts'

---

[1] EPA's efforts to collect and produce documents prior to the entry of the Partial Consent Decree were discussed in the October 2015 status report and are complete in accordance with the Parties' agreements.

1  reports are currently due on June 10, 2016 and the United States' experts' reports are due
2  approximately 30 days later, on July 15, 2016.  See ECF No. 62 at 2.  The anticipated
3  receipt by El Paso of a large volume of records from the United States by the end of May
4  will make it difficult for El Paso and its experts to review those records and get reports
5  completed by June 10, 2016.
6      In order to allow for the efficient preparation of expert reports, streamline the expert
7  depositions to follow, and avoid the potential need to prepare rounds of supplemental and
8  rebuttal reports based on newly-produced information, the Parties believe that there is good
9  cause and a need for the Court to extend the current case management deadlines by three
10 (3) months, commencing with El Paso's June 2016 deadline for submitting its experts'
11 reports.  In other words, the Parties jointly request that El Paso's Rule 26 experts' reports
12 be due on or about September 10, 2016, with the other case management dates to follow in
13 the same sequence as in the current schedule, and with each deadline extended by three
14 months.  This will still allow the parties to complete all the pre-trial discovery and
15 complete the trial of the case well in advance of September 2017, the target date set by the
16 Court for the completion of the entire case.  Accordingly, the Parties believe that this short
17 extension will not unduly delay or prevent a timely conclusion of this action, and will be
18 prepared to further discuss the need for a three-month adjustment at the status conference.
19     Respectfully submitted this 5th day of May, 2016.

         */s/ Pamela M. Overton*
        Pamela M. Overton, SBN 009062
        (overtonp@gtlaw.com)
        GREENBERG TRAURIG, LLP
        2375 East Camelback Road, Suite 700
        Phoenix, AZ 85016
        602.445.8000 (Telephone)

        John Voorhees, voorheesj@gtlaw.com
        Colorado Bar No.  21730, (admitted pro hac vice)

Christopher J. Neumann, neumannc@gtlaw.com
  Colorado Bar No. 29831, (admitted pro hac vice)
Gregory R. Tan, tangr@gtlaw.com
  Colorado Bar No. 38770, (admitted pro hac vice)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

Daniel J. Schnee,
Daniel_Schnee@kindermorgan.com
  Colorado Bar No. 38446, (admitted pro hac vice)
EL PASO NATURAL GAS COMPANY, L.L.C.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
719.667.7621 (Facsimile

**Attorneys for El Paso Natural Gas Co.**

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

  */s/ Michael C. Augustini*
MICHAEL C. AUGUSTINI
MICHAEL C. MARTINEZ
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 616-6519
Fax:   (202) 514-8865
michael.augustini@usdoj.gov
**Attorneys for United States of America**

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on May 5, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service on all counsel of record

/s/   *Tammy Mowen*