**GREENBERG TRAURIG, LLP**
**ATTORNEYS AT LAW**
**SUITE 700**
**2375 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**(602) 445-8000**

Pamela M. Overton, SBN 009062 (overtonp@gtlaw.com)
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
602.445.8000 (Telephone)

John Voorhees, voorheesj@gtlaw.com
Colorado Bar No. 21730, (admitted *pro hac vice*)
Christopher J. Neumann, neumannc@gtlaw.com
Colorado Bar No. 29831, (admitted *pro hac vice*)
Gregory R. Tan, tangr@gtlaw.com
Colorado Bar No. 38770, (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

Daniel J. Schnee, Daniel_Schnee@kindermorgan.com
Colorado Bar No. 38446, (admitted *pro hac vice*)
EL PASO NATURAL GAS COMPANY, L.L.C.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
303.984.3307 (Facsimile)

*Attorneys for El Paso Natural Gas Company, L.L.C.*

JEFFREY H. WOOD
Actiong Assistant Attorney General
Environment and Natural Resources Division

Michael C. Augustini (DC Bar No. 452526)
michael.augustini@usdoj.gov
Michael C. Martinez (Cal. Bar No. 275581)
michael.c.martinez@usdoj.gov
Paul Cirino (N.Y. Bar No. 2777464)
paul.cirino@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
202.616.6519 (Telephone)

202.514.8865 (Facsimile)

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| El Paso Natural Gas Company, L.L.C., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> United States of America; et al., <br><br> Defendants and Counter-Claimants. | CASE NO.  3:14-cv-08165-DGC <br><br> **JOINT STIPULATION REGARDING SUPPLEMENTAL EXPERT REPORTS AND AOC DATA PRODUCTION** |

Whereas on May 22, 2017, Defendant and Counter-Claimant United States ("United States") served upon Plaintiff and Counterclaim-Defendant El Paso Natural Gas Company, LLC ("El Paso") Supplemental Expert Reports prepared by Mary Sitton (the "Supplemental Sitton Report") and John Robertson (the "Supplemental Robertson Report"); and,

Whereas on July 14, 2017, El Paso produced to the United States additional data and documents (the "AOC Data") generated as part of its response actions ordered to be taken by the U.S. Environmental Protection Agency ("EPA") at the mine sites at issue in this case (the "Mine Sites"); and,

Whereas El Paso will continue to generate additional AOC Data as part of future response actions ordered to be taken by EPA at the Mine Sites;

Now therefore, the parties stipulate as follows:

1. El Paso's expert witnesses, including but not limited to Doug Beahm and James Ebert, may provide testimony at trial that is responsive to or rebuts any opinions, facts, exhibits, documents reviewed or relied upon, or other matters stated in the Supplemental Sitton Report and the Supplemental Robertson Report, and for purposes of such rebuttal they may prepare, rely upon and introduce at trial additional photos, videos, data or other exhibits, provided that

such photos, videos, data or other exhibits shall be exchanged within two weeks after their creation, and in all events no later than the deadline set by the court for exchanging exhibits before trial. The United States does not concede the admissibility of such responsive or rebuttal testimony or exhibits, and reserves the right to object to El Paso's submissions at trial in accordance with the Federal Rules of Evidence and Federal Rules of Civil Procedure; provided, however, that the United States will not object to such testimony or exhibits on grounds they are improper supplemental expert disclosures, or are untimely expert disclosures.

2. The United States will not object in this action to the timeliness or manner of El Paso's July 14, 2017 production of AOC Data relating to response actions taken pursuant to the Administrative Order on Consent issued by EPA to El Paso on August 23, 2013, as such may be modified or amended (the "2013 AOC"), provided that El Paso shall continue to provide the United States access to the web site on which it hosts for EPA data collected under the 2013 AOC. Nothing in this Paragraph shall alter El Paso's obligations to make supplemental disclosures in this action pursuant to Federal Rule of Civil Procedure 26(e).

3. The parties shall not prepare or serve any additional expert reports without further leave of the court for good cause shown.

Respectfully submitted this 24th day of August 2017.

By: */s/ Pamela M. Overton*
Pamela M. Overton
GREENBERG TRAURIG, LLP
2375 Camelback Road, Suite 700
Phoenix, AZ 85016
602.445.8000 (Telephone)
602.445.8100 (Facsimile)

Daniel J. Schnee (admitted *pro hac vice*)
KINDER MORGAN, INC.
Two North Nevada
Colorado Springs, CO 80903
719.520.4337 (Telephone)
303.984.3307 (Facsimile)

John Voorhees (admitted *pro hac vice*)
Christopher J. Neumann, (admitted *pro hac vice*)
Gregory R. Tan (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
The Tabor Center
1200 Seventeenth Street
Twenty-Fourth Floor
Denver, CO 80202
303.572.6500 (Telephone)
303.572.6540 (Facsimile)

*Attorneys for El Paso Natural Gas Company*

Jeffrey H. Wood
Acting Assistant Attorney General

By: *s/ Michael Augustini*
Michael C. Augustini
Michael C. Martinez
Paul Cirino
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
202.616.6519 (Telephone)
202.514.8865 (Facsimile)

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on August 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael C. Augustini
Michael C. Martinez
Paul Cirino
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
michael.augustini@usdoj.gov
michael.c.martinez@usdoj.gov
paul.cirino@usdoj.gov


/s/      *Tammy Mowen*