# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| El Paso Natural Gas Company, L.L.C., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> United States of America; et al., <br><br> Defendants and Counter-Claimants. | No. CV-14-08165-PCT-DGC <br><br> **ORDER REGARDING SUPPLEMENTAL EXPERT REPORTS AND AOC DATA PRODUCTION** |

Upon review of the Joint Stipulation filed by El Paso Natural Gas Company, LLC and the United States of America. Doc. 137.

**IT IS ORDERED** that the parties' joint stipulation (Doc. 137) is **granted.**

1) El Paso's expert witnesses, including but not limited to Doug Beahm and James Ebert, may provide testimony at trial that is responsive to or rebuts any opinions, facts, exhibits, documents reviewed or relied upon, or other matters stated in the Supplemental Sitton Report and the Supplemental Robertson Report, and for purposes of such rebuttal they may prepare, rely upon and introduce at trial additional photos, videos, data or other exhibits, provided that such photos, videos, data or other exhibits shall be exchanged within two weeks after their creation, and in all events no later than the deadline set by the court for exchanging exhibits before trial. The United States does not concede the admissibility of such responsive or rebuttal testimony or exhibits, and reserves the right to object to El Paso's submissions at trial in accordance with the Federal Rules of Evidence and Federal Rules of Civil Procedure; provided,

however, that the United States will not object to such testimony or exhibits on grounds they are improper supplemental expert disclosures, or are untimely expert disclosures.

2) The United States will not object in this action to the timeliness or manner of El Paso's July 14, 2017 production of additional data and documents (the "AOC Data") relating to response actions taken pursuant to the Administrative Order on Consent issued by EPA to El Paso on August 23, 2013, as such may be modified or amended (the "2013 AOC"), provided that El Paso shall continue to provide the United States access to the web site on which it hosts for EPA data collected under the 2013 AOC. Nothing in this Paragraph shall alter El Paso's obligations to make supplemental disclosures in this action pursuant to Federal Rule of Civil Procedure 26(e).

3) The parties shall not prepare or serve any additional expert reports without further leave of the court for good cause shown.

Dated this 25th day of August, 2017.

_____
David G. Campbell
United States District Judge